# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2074
Lower Tribunal No. 23-002287-CA

_____

NAHEED S. ZAMAN and KIM L. VICTOR,

Appellants,

v.

VENTURE ASSETS, LLC,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

December 16, 2025

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and NARDELLA and PRATT, JJ., concur.


Naheed S. Zaman, East Elmhurst, New York, pro se.

Kim L. Victor, Punta Gorda, pro se.

Sarah Fougere and Michael Mummert, of Mummert Law, Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED